# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 4891                                                                 Date Filed: 5/28/2008

Plaintiff:
the Harleysville Worcester Insurance Company a/s/o Post Road Market
vs.
Defendant:
**Robert Rispoli Plumbing & Heating**

Received these papers to be served on **Robert Rispoli Plumbing & Heating, 28 Cowles Avenue, Rye, NY 10580**.

I, John Lepore, being duly sworn, depose and say that on the **13th day of June, 2008** at **10:30 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons and Complaint** with **Mrs. Rispoli at 28 Colby Avenue, Rye, NY 10580**, the said premises were verified by said individual as being the defendant's place of **Residence**.. Deponent completed service by mailing a true copy of the said documents in a postpaid envelope addressed to **28 Colby Avenue, Rye, NY 10580** and bearing the words "Personal & Confidential" by First Class Mail on **6/16/2008** and placed in an official depository of the U.S.P.S. in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**Military Status:** Based upon inquiry at given address, defendant is not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 130, Hair: Brown, Glasses: N

State of New York, County of Westchester, ss: I certify that the above information is accurate and true. I am not a party to the action, am over the age of 18 and reside in the State of New York.

Sworn to before me on the 16th day of June, 2008

NOTARY PUBLIC

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29,

John Lepore
Process Server

Our Job Serial Number: 2008004815

Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c