902845420-001 218A-50218-1C DJC/ced
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    ECF CASE
-------------------------------------------------------------------X
THE HARLEYSVILLE WORCESTER INSURANCE              This Document has been filed
COMPANY as subrogee of POST ROAD MARKET,          Electronically.

                  Plaintiff(s),                    08-cv-04891 (JGK)

-against-                                         RULE 7.1 DISCLOSURE
                                                                                             STATEMENT
ROBERT RISPOLI PLUMBING & HEATING,

                                        Trial by Jury Demanded
                  Defendant(s).
-------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

ROBERT M. RISPOLI PLUMBING & HEATING, INC. sued herein as ROBERT RISPOLI

PLUMBING & HEATING (a private non-governmental party) certifies that it's stock is not

publicly traded nor does it have a parent corporation or corporation which owns 10% or more

of its stock, which is publicly traded.

Dated: New York, New York
       August 12, 2008

                                                                  Yours etc.,


                          BY:_____s/_____
                                  DOREEN J. CORREIA (DJC:3075)
                                  Associated with the Law Office
                                  ROBIN, HARRIS, KING & FODERA
                                  Attorneys for Defendant(s)
                                  ROBERT M. RISPOLI PLUMBING &
                                  HEATING, INC. s/h/a ROBERT RISPOLI
                                  PLUMBING & HEATING
                                  One Battery Park Plaza, 30th Floor
                                  New York, NY 10004-1437
                                  (212) 487-9701

To:

Law Offices of Robert A. Stutman, P.C.
Attorneys for Plaintiff
20 East Taunton Road, Suite 403
Berlin, NJ  08009
(856) 767-6800